Fannie Burkhardt, appellant, v. Henry Burkhardt, appellee. Gen. No. 36,671.

 Opinion filed December 11, 1933.

Julius S. Neale, for appellant; Richard R. Klein, of counsel. Vernon W. Foster, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Louisville and Nashville Railroad Company, appellant, v. Piowaty-Berliner, Inc., appellee. Gen. No. 36,791.

 Opinion filed December 11, 1933.

Charles P. Hamill, for appellant; Lee' J. Frank, of counsel. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Peter C. McArdle, appellee, v. City of Chicago et al., appellants. Gen. No. 36,903.

 Opinion filed December 11, 1933.

William H. Sexton, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants. Edward J. McArdle, Jr., for appellant; E. J. McArdle, Sr., of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Antoinette Kotel, defendant in error, v. Walter J. Kotel, plaintiff in error. Gen. No. 36,977.

 Opinion filed December 11, 1933.

P. T. Harrington, for plaintiff in error. John Blase Meccia, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.